IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM BARCHAK, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 3:CV-12-0522 |
| | : (JUDGE CAPUTO) |
| EXPERIAN INFORMATION SOLUTIONS, INC., ET AL. | : |
| Defendants. | : |

## ORDER

**NOW**, this 14th day of January, 2013, **IT IS HEREBY ORDERED** that a settlement conference will be held on **FRIDAY, FEBRUARY 1, 2013 AT 10:00 A.M.**, in my chambers, Suite 235, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

Counsel shall have authority to settle the case, and if not (1) shall be accompanied by someone who does have such authority or (2) have immediate access by telephone to someone who has such authority.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge